UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
KID CAR NY, LLC,

                Plaintiff-Counterclaim-Defendant,         19-cv-7929 (PKC)

      -against-

                                                                                  <u>ORDER</u>

KIDMOTO TECHNOLOGIES LLC AND
NELSON NIGEL,

                Defendants-Counterclaim-Plaintiffs.
-----------------------------------------------------------------------x
KIDMOTO TECHNOLOGIES LLC,

                Third-Party Plaintiff,

      -against-

ANDREW C. ("TOPHER") MCGIBBON,

                Third-Party Defendant.
-----------------------------------------------------------------------x

Castel U.S.D.J.

        The next pretrial conference in this matter will be held on February 24, 2021 at 12:00 P.M.  The parties are directed to meet and confer regarding an amended Case Management Plan and Scheduling Order.  A jointly proposed Plan shall be submitted in writing prior to the Conference.  The call-in information for the teleconference will be:

        Dial-in:      (888) 363-4749

        Access Code:  3667981

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
February 9, 2021